# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| GEORGETTE LYON AS NEXT FRIEND OF BELLA JEANNA MONTERO<br>　　　Plaintiff,<br><br>V.<br><br>THE KROGER COMPANY AND ANNA KEPPER,<br>　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 4:16CV489<br>Judge Mazzant/Judge Johnson |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636. On September 20, 2016, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiffs' Motion to Remand (Dkt. #13) be **GRANTED** and that this case be remanded to the 416th District court of Collin County, Texas, for further proceedings.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Therefore, Plaintiffs' Motion to Remand (Dkt. #13) is GRANTED and this case is hereby **REMANDED** to the 416th District court of Collin County, Texas for further proceedings.

　IT IS SO ORDERED.
　 SIGNED this 24th day of October, 2016.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE